UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Travis Vick                                                                             Docket No. 5:10-CR-235-1BO

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Vick, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 19, 2011, to the custody of the Bureau of Prisons for a term of 120 months. Pursuant to a direct motion to District Court pursuant to 28 U.S.C. § 2255, the defendant's sentence was reduced to 64 months on July 17, 2014. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Travis Vick was released from custody on May 8, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 8, 2017, the defendant was charged in Wilson County, North Carolina, with Driving While Impaired and Hit/Run Failure to Stop Property Damage (17CR51045-6). Investigation reveals that Vick, while in close proximity to his residence, was driving while intoxicated. He hit a parked vehicle, did not stop, and then drove to his residence. He was arrested by Officer J. Glennon with the Wilson Police Department, refused the Breathalyzer, and he immediately posted a $3,000 secured bond. Although these charges remain pending, Vick admitted guilt to the probation officer during a home inspection on April 12, 2017. He was verbally reprimanded, counseled about his actions, and instructed not to drive until properly licensed. As a sanction for these new charges, the probation office is recommending that he be placed on 60 days curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Travis Vick
Docket No. 5:10-CR-235-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: April 20, 2017

**ORDER OF THE COURT**

Considered and ordered this 21 day of April, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge